THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VIRGINIUS J. MAYO, Appellant.— Preference granted for June 3, 1924.  Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

THOMAS H. COULTER and Another, Respondents, v. INDEX SHALE OIL COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

MILE HIGH SHALE OIL COMPANY, Respondent, v. SHALE OIL MACHINERY AND SUPPLY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

EDWARD H. JENNINGS, Respondent, v. G. HERMANN KINNICUTT and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

HERMAN KALT, Respondent, v. FRANK CLINE, JR., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion.  Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of the Application of JOHN D. LINDSAY, Appellant, for a Peremptory Mandamus Order, Directed to JOHN F. HYLAN and Others, Constituting the Board of Estimate and Apportionment of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

JOHN F. WHITE, Respondent, v. NEW YORK EVENING POST, INC., Appellant. — Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

Jo L. HUTTON, Respondent, v. WILLIAM P. JENKS and Others, Appellants, and Others, Defendants, Composing the Firm of JENKS, GWYNNE & COMPANY.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.